```
ANN MILLER RAVEL, County Counsel (S.B. #62139)
DAVID M. ROLLO, Deputy County Counsel (S.B. #111998)
OFFICE OF THE COUNTY COUNSEL
70 West Hedding, East Wing, 9th Floor
San Jose, California 95110-1770
Telephone: (408) 299-5900
Facsimile: (408) 292-7240

Attorneys for Defendants
COUNTY OF SANTA CLARA, SANTA
CLARA VALLEY MEDICAL CENTER,
DR. OSBACK, SANTA CLARA
COUNTY SHERIFF'S DEPARTMENT,
SANTA CLARA COUNTY
DEPARTMENT OF CORRECTIONS,
SHERIFF DEPUTY VANDEGRAAF,
SHERIFF DEPUTY ZUNIGA AND
JANET LEASER
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

*E-FILED - 9/21/06*

| | | |
|---|---|---|
| MARTIN LUTHER OREN, et al., | ) | No.   C0505100 RMW |
| Plaintiffs, | ) | STIPULATION AND [XXXXXXXX] ORDER TO EXTEND DISCOVERY CUT-OFF DATE |
| v. | ) | |
| COUNTY OF SANTA CLARA, et al., | ) | |
| Defendants. | ) | |

Plaintiff Martin Luther Oren and Defendants County of Santa Clara, Santa Clara Valley Medical Center, Dr. Osback, Santa Clara County Sheriff's Department, Santa Clara County Department of Corrections, Sheriff Deputy Vandegraaf, Sheriff Deputy Zuniga and Janet Leaser, by and through their counsel of record, hereby stipulate to and respectfully request an order continuing the discovery cut-off date from **October 6, 2006** to **October 27, 2006**.

//

//

//

---

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

Stipulation and [XXXXXXX] Order to Extend
Discovery Cut-Off Date

-1-

C0505100 RMW

This stipulation will not alter the following Court-imposed deadlines:

| Event | Date |
|---|---|
| Disclosure of Experts | January 15, 2007 |
| Expert Discovery Cut-off | February 2, 2007 |
| Hearing on Dispositive Motions | March 16, 2007 |
| Joint Pretrial Statement | April 6, 2007 |
| Pretrial Conference | April 12, 2007 |
| Jury Trial | May 7, 2007 |

IT IS SO STIPULATED.

Dated: 9/6/06

By: [signature]
COLLEEN DUFFY SMITH
Attorney for Plaintiff
MARTIN LUTHER OREN

Dated: 9/12/06

ANN MILLER RAVEL
County Counsel

By: [signature]
DAVID M. ROLLO
Deputy County Counsel

Attorneys for Defendants
COUNTY OF SANTA CLARA, SANTA CLARA VALLEY MEDICAL CENTER, DR. OSBACK, SANTA CLARA COUNTY SHERIFF'S DEPARTMENT, SANTA CLARA COUNTY DEPARTMENT OF CORRECTIONS, SHERIFF DEPUTY VANDEGRAAF, SHERIFF DEPUTY ZUNIGA AND JANET LEASER

## ORDER

Pursuant to the above-stated stipulation of the parties and good cause appearing,

IT IS SO ORDERED.

Dated: 9/21/06

/S/ RONALD M. WHYTE
HONORABLE RONALD M. WHYTE
United States District Court Judge

50152.wpd

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

Stipulation and [Proposed] Order to Extend Discovery Cut-Off Date

-2-

C0505100 RMW

TOTAL P.003
08/29/2006 TUE 15:44 [TX/RX NO 7564] ☒003