```
ANN MILLER RAVEL, County Counsel (S.B. #62139)
DAVID M. ROLLO, Deputy County Counsel (S.B. #111998)
OFFICE OF THE COUNTY COUNSEL
70 West Hedding, East Wing, 9th Floor
San Jose, California 95110-1770
Telephone: (408) 299-5900
Facsimile: (408) 292-7240

Attorneys for Defendants
COUNTY OF SANTA CLARA, SANTA
CLARA VALLEY MEDICAL CENTER,
DR. OSBACK, SANTA CLARA
COUNTY SHERIFF'S DEPARTMENT,
SANTA CLARA COUNTY
DEPARTMENT OF CORRECTIONS,
SHERIFF DEPUTY VANDEGRAAF,
SHERIFF DEPUTY ZUNIGA AND
JANET LEASER
```

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(SAN JOSE)

*E-FILED - 1/18/07*

| | |
|---|---|
| MARTIN LUTHER OREN, et al., | No. C0505100 RMW |
| Plaintiffs, | **STIPULATION AND [PROPOSED] ORDER MODIFYING MINUTE ORDER** |
| v. | |
| COUNTY OF SANTA CLARA, et al., | |
| Defendants. | |

Comes now the parties to the above-captioned action jointly requesting a modification to the Courts previous Minute Order of May 5, 2006 pursuant to Local Rule 6-2 as follows:

| EXISTING CASE MANAGEMENT ORDER | | PROPOSED MODIFICATION | |
|---|---|---|---|
| Disclosure of Experts | 1/15/07 | Disclosure of Experts | 2/16/07 |
| Expert Discovery Cut-off | 2/2/07 | Expert Discovery Cut-off | 3/9/07 |

//
//
//
//

This is the first request for an extension to the Court's scheduling order. This request will not impact the May 7, 2007 trial date.

**IT IS SO STIPULATED.**

Date: January 5, 2007

COLLEEN DUFFY SMITH
Attorney for Plaintiffs

Date: January 5, 2007

DAVID M. ROLLO
Deputy County Counsel
Attorneys for Defendants
COUNTY OF SANTA CLARA, SANTA CLARA VALLEY MEDICAL CENTER, DR. OSBACK, SANTA CLARA COUNTY SHERIFF'S DEPARTMENT, SANTA CLARA COUNTY DEPARTMENT OF CORRECTIONS, SHERIFF DEPUTY VANDEGRAAF, SHERIFF DEPUTY ZUNIGA AND JANET LEASER

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: 1/18/07

RONALD M. WHYTE
United States District Court Judge

63697.wpd

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

Stip and [Prop] Order to Modify Minute Order     -2-     C0505100 RMW