JAMES MCMANIS (40958)
COLLEEN DUFFY SMITH (161163)
NEDA MANSOORIAN (207832)
ELIZABETH PIPKIN (243611)
DAVID PEREZ (238136)
McMANIS FAULKNER & MORGAN
A Professional Corporation
50 West San Fernando Street, 10th Floor
San Jose, California 95113
Telephone:   408-279-8700
Facsimile:   408-279-3244

Attorneys for Plaintiff,
MARTIN LUTHER OREN, by and through
his Guardian ad Litem, Calvin S. Oren

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

*E-FILED - 3/5/07*

| | |
|---|---|
| MARTIN LUTHER OREN, by and through his Guardian ad Litem, Calvin S. Oren<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF SANTA CLARA, SANTA CLARA VALLEY MEDICAL CENTER, DR. OSBACK, SANTA CLARA COUNTY SHERIFF'S DEPARTMENT, SANTA CLARA COUNTY DEPARTMENT OF CORRECTIONS, SHERIFF DEPUTY VANDEGRAAF, SHERIFF DEPUTY ZUNIGA, JANET LEASER, and DOES 1 through 39, inclusive,<br><br>Defendants. | No. C 05-05100 RMW<br><br>[xxxxxxxxxxxxx] **ORDER ON PLAINTIFF'S EX PARTE APPLICATION SEEKING ORDER TO SEAL PORTIONS OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |

Upon consideration of all papers filed and all arguments presented with respect to plaintiff, Martin Oren's ("plaintiff") Ex Parte Application Seeking Order to Seal Portions of Defendants' Motion for Summary Judgment, and good cause appearing, IT IS HEREBY ORDERED:

1. Plaintiff's application seeking an order to seal the Declaration of Carmen Gonzalez in Support of Defendants' Motion for Summary Judgment and Exhibits A-C attached thereto is GRANTED.

1

1  2. Plaintiff's application seeking an order to seal the Declaration of Sylvia Romero
2  in Support of Defendants' Motion for Summary Judgment and Exhibit A attached thereto is
3  GRANTED.
4  3. The Court hereby directs the Court's Clerk to remove the above-referenced
5  portions of Defendants' Motion for Summary Judgment from the Court's public file and to file
6  said portions under seal.
7
8
9  DATED:  3/5/07                    /s/ Ronald M. Whyte
10                                    JUDGE OF THE UNITED STATES DISTRICT COURT

2

[xxxxxxxx] Order on Plf's Ex Parte App. Seeking Order to Seal Portions of Defs' Motion for Summary Judgment,
*Oren v. County of Santa Clara, et al.*, CASE NO. C 05-05100 RMW