ANN MILLER RAVEL, County Counsel (S.B. #62139)
DAVID M. ROLLO, Deputy County Counsel (S.B. #111998)
**OFFICE OF THE COUNTY COUNSEL**
70 West Hedding, East Wing, 9th Floor
San Jose, California   95110-1770
Telephone: (408) 299-5900
Facsimile: (408) 292-7240

THOMAS E. STILL, ESQ. - State Bar No. 127065
LAW OFFICES OF
**HINSHAW, DRAA, MARSH, STILL & HINSHAW**
A PARTNERSHIP
12901 SARATOGA AVENUE
SARATOGA, CALIFORNIA 95070
(408) 861-6500
FAX (408) 257-6645

Attorneys for Defendants COUNTY OF SANTA CLARA, SANTA CLARA VALLEY MEDICAL CENTER, TERRY OSBACK, M.D., SANTA COUNTY SHERIFF'S DEPARTMENT, SANTA CLARA COUNTY DEPARTMENT OF CORRECTIONS, SHERIFF DEPUTY VANDEGRAAF, SHERIFF DEPUTY ZUNIGA, JANET LEASER and KENNETH GEE, M.D., (Sued herein as DOE 1)

*E-FILED - 3/14/07*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| MARTIN LUTHER OREN, by and through his Guardian ad Litem, Calvin S. Oren,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF SANTA CLARA, SANTA CLARA VALLEY MEDICAL CENTER, TERRY OSBACK, M.D., SANTA CLARA COUNTY SHERIFF'S DEPARTMENT, SANTA CLARA COUNTY DEPARTMENT OF CORRECTIONS, SHERIFF DEPUTY VANDEGRAAF, SHERIFF DEPUTY ZUNIGA, JANET LEASER, and DOES 1 through 39, inclusive,<br><br>Defendants. | No. C 05-05100 RMW<br><br>**STIPULATION [] ORDER MODIFYING MINUTE ORDER AND PREVIOUS STIPULATION REGARDING EXPERT DISCOVERY**<br><br>**Trial:   May 7, 2007**<br><br>Complaint Filed: August 18, 2005<br>Second Amended Complaint Filed: September 18, 2006<br>Third Amended Complaint Filed: Jan. 24, 2007 |

COMES NOW the parties to the above-captioned action jointly requesting a modification to the Court's previous Minute Order of May 5, 2006, and January 5, 2007 Stipulation, pursuant to Local Rule 6-2 as follows:

///

– 1 –
STIPULATION [] ORDER MODIFYING MINUTE ORDER AND PREVIOUS STIPULATION REGARDING EXPERT DISCOVERY

| | |
|---|---|
| EXISTING ORDER | PROPOSED ORDER |
| Expert Discovery Cut-off    3/9/07 | Expert Discovery Cut-off    3/23/07 |

This is the second request for an extension to the Court's scheduling order. This Request will not impact the May 7, 2007 trial date.

**IT IS SO STIPULATED.**

Date: March 1, 2007

/s/ Thomas E. Still
THOMAS E. STILL
Attorney for Defendants COUNTY OF SANTA CLARA, SANTA CLARA VALLEY MEDICAL CENTER, DR. OSBACK, SANTA COUNTY SHERIFF'S DEPARTMENT, SANTA CLARA COUNTY DEPARTMENT OF CORRECTIONS, SHERIFF DEPUTY VANDEGRAAF, SHERIFF DEPUTY ZUNIGA, JANET LEASER and KENNETH GEE, M.D., (Sued herein as DOE 1)

Date: March 1, 2007

/s/Colleen Duffy Smith
COLLEEN DUFFY SMITH
Attorney for Plaintiffs

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: 3/14/07

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Court Judge

H:\Oren\plead\stip.wpd

Law Offices of
HINSHAW, DRAA, MARSH, STILL & HINSHAW
A Partnership
12901 Saratoga Avenue
Saratoga, CA 95070
(408) 861-6500

Monterey Office
243 El Dorado Street
Suite 201
Monterey, CA 93940
(831) 643-2497
FAX: (831) 643-2645

–2–
STIPULATION [] ORDER MODIFYING MINUTE ORDER AND PREVIOUS STIPULATION REGARDING EXPERT DISCOVERY