THOMAS E. STILL, ESQ. - State Bar No. 127065
LAW OFFICES OF
**HINSHAW, DRAA, MARSH, STILL & HINSHAW**
A PARTNERSHIP
12901 SARATOGA AVENUE
SARATOGA, CALIFORNIA 95070
(408) 861-6500
FAX (408) 257-6645

Attorneys for Defendants COUNTY OF SANTA CLARA, SANTA CLARA VALLEY MEDICAL CENTER, DR. OSBACK, SANTA COUNTY SHERIFF'S DEPARTMENT, SANTA CLARA COUNTY DEPARTMENT OF CORRECTIONS, SHERIFF DEPUTY VANDEGRAAF, SHERIFF DEPUTY ZUNIGA, JANET LEASER and KENNETH GEE, M.D., (Sued herein as DOE 1)

*E-FILED - 4/3/07*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| MARTIN LUTHER OREN, by and through his Guardian ad Litem, Calvin S. Oren,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>COUNTY OF SANTA CLARA, SANTA CLARA VALLEY MEDICAL CENTER, DR OSBACK, SANTA CLARA COUNTY SHERIFF'S DEPARTMENT, SANTA CLARA COUNTY DEPARTMENT OF CORRECTIONS, SHERIFF DEPUTY VANDEGRAAF, SHERIFF DEPUTY ZUNIGA, JANET LEASER, and DOES 1 through 39, inclusive,<br><br>　　　　　　Defendants.<br>　　　　　　　　　　　　　　　　/ | No. C 05-05100 RMW<br><br>ORDER GRANTING<br>**SUBSTITUTION OF ATTORNEYS BY STIPULATION**<br><br><br>Trial: May 7, 2007<br><br>Complaint Filed: August 18, 2005<br>Second Amended Complaint Filed: September 18, 2006<br>Third Amended Complaint Filed: |

TO THE CLERK AND COUNSEL OF RECORD HEREIN:

　　　　PLEASE TAKE NOTICE THAT defendants SANTA CLARA VALLEY MEDICAL CENTER, TERRY OSBACK, M.D., KENNETH GEE, M.D., and JANET LEASER, hereby substitute:

Thomas E. Still
Hinshaw, Draa, Marsh, Still & Hinshaw
12901 Saratoga Ave
Saratoga, CA 95070
(408) 861-6500
(408) 257-6645 fax
Email: tstill@hinshaw-law.com

in as counsel of record in place of County of Santa Clara Counsel.

Law Offices of
**HINSHAW, DRAA, MARSH, STILL & HINSHAW**
A Partnership
12901 Saratoga Avenue
Saratoga, CA 95070
(408) 861-6500

Monterey Office
243 El Dorado Street
Suite 201
Monterey, CA 93940
(831) 643-2497
FAX: (831) 643-2645

–1–
SUBSTITUTION OF ATTORNEYS BY STIPULATION

1  We each consent to this substitution.

2

3  Dated: March   6  , 2007          /s/ Kenneth Gee
                                     Kenneth Gee, M.D.
4

5  Dated: March   7  , 2007          /s/ Janet Leaser, LCSW
                                     Janet Leaser
6

7
   NEW COUNSEL:
8  Dated: March   21  , 2007         HINSHAW, DRAA, MARSH, STILL & HINSHAW
9

10
                                     /s/ Pallie B. Zambrano for Thomas E. Still
11                                   THOMAS E. STILL
                                     Attorneys for Defendants SANTA CLARA VALLEY
12                                   MEDICAL CENTER, TERRY OSBACK, M.D.,
                                     JANET LEASER, KENNETH GEE, M.D., (Sued
13                                   herein as DOE 1)

14

15 Dated: March   9  , 2007           /s/ David M. Rollo
                                     DAVID M. ROLLO, Deputy County Counsel
16                                   Attorneys for Defendants COUNTY OF SANTA
                                     CLARA, SANTA CLARA COUNTY SHERIFF'S
17                                   DEPARTMENT, SANTA CLARA COUNTY
                                     DEPARTMENT OF CORRECTIONS, SHERIFF
18                                   DEPUTY VANDEGRAAF, SHERIFF, DEPUTY
                                     ZUNIGA
19

20

21 **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

22
                                     *Ronald M. Whyte*
23 Dated:  4/3/07                     _____
                                     RONALD M. WHYTE
24                                   United States District Court Judge

25

Law Offices of
HINSHAW, DRAA, MARSH,
STILL & HINSHAW
A Partnership
12901 Saratoga Avenue
Saratoga, CA 95070
(408) 861-6500

Monterey Office
243 El Dorado Street
Suite 201
Monterey, CA 93940
(831) 643-2497
FAX: (831) 643-2645

26

27

28

–2–

SUBSTITUTION OF ATTORNEYS BY STIPULATION