1  ANN MILLER RAVEL, County Counsel (S.B. #62139)
   DAVID M. ROLLO, Deputy County Counsel (S.B. #111998)
2  NEYSA A. FLIGOR, Deputy County Counsel (S.B. #215876)
   OFFICE OF THE COUNTY COUNSEL
3  70 West Hedding, East Wing, Ninth Floor
   San Jose, California 95110-1770
4  Telephone:  (408) 299-5900
   Facsimile:  (408) 292-7240
5

6  Attorneys for Defendants
   COUNTY OF SANTA CLARA, SANTA
7  CLARA VALLEY MEDICAL CENTER,
   DR. OSBACK, SANTA CLARA
8  COUNTY SHERIFF'S DEPARTMENT,
   SANTA CLARA COUNTY
9  DEPARTMENT OF CORRECTIONS,
   SHERIFF DEPUTY VANDEGRAAF,
10 SHERIFF DEPUTY HOWELL, SHERIFF
   DEPUTY ZUNIGA and JANET LEASER
11

12                   UNITED STATES DISTRICT COURT

13                NORTHERN DISTRICT OF CALIFORNIA

                                                    *E-FILED 4/3/07*
14

15 MARTIN LUTHER OREN, et al.,         )    No.    C05-05100 RMW
                                       )
16         Plaintiffs,                 )    STIPULATION AND [xxxxxxxxxxxxx] ORDER
                                       )    TO EXCEED PAGE LIMITATION IN
17 v.                                  )    MOTION FOR SUMMARY JUDGMENT
                                       )    MOVING AND OPPOSITION PAPERS
18 COUNTY OF SANTA CLARA, et al.,      )
                                       )
19         Defendants.                 )
                                       )
20 _____ )

21        The parties in the above-captioned action, by and through their counsel of record, hereby

22 stipulate and request that the Court enter an order allowing:

23        1.      Defendants to file a Memorandum of Points and Authorities in support of

24 Defendants' Motion for Summary Judgment not to exceed 35 pages; and

25 / / /

26 / / /

27 / / /

28 / / /

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

Stipulation and xxxxxxxxxx Order to Exceed
Page Limitation in Motion for Summary
Judgment Moving and Opposition Papers          1                    C05-05100 RMW

2.      Plaintiff to file an Opposition brief to Defendants' Motion for Summary

Judgment not to exceed 35 pages.

**IT IS SO STIPULATED.**


Date: _____, 2007

_____
COLLEEN DUFFY SMITH
Attorney for Plaintiffs


Date: February 1, 2007

_____
NEYSA A. FLIGOR
Deputy County Counsel

Attorneys for Defendants
COUNTY OF SANTA CLARA, SANTA
CLARA VALLEY MEDICAL CENTER,
DR. OSBACK, SANTA CLARA
COUNTY SHERIFF'S DEPARTMENT,
SANTA CLARA COUNTY
DEPARTMENT OF CORRECTIONS,
SHERIFF DEPUTY VANDEGRAAF,
SHERIFF DEPUTY HOWELL,
SHERIFF DEPUTY ZUNIGA and
JANET LEASER


**PURSUANT TO STIPULATION, IT IS SO ORDERED.**


Dated: _____

_____
RONALD M. WHYTE
United States District Court Judge


66647.wpd

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

Stipulation and xxxxxxxxxxx Order to Exceed
Page Limitation in Motion for Summary
Judgment Moving and Opposition Papers

2

1     2.    Plaintiff to file an Opposition brief to Defendants' Motion for Summary

2   Judgment not to exceed 35 pages.

3   **IT IS SO STIPULATED.**

4

5   Date: _February 1_ , 2007

6                           COLLEEN DUFFY SMITH
                           Attorney for Plaintiffs

7

8   Date: February 1, 2007

9                           NEYSA A. FLIGOR
                           Deputy County Counsel

10                         Attorneys for Defendants

11                         COUNTY OF SANTA CLARA, SANTA
                           CLARA VALLEY MEDICAL CENTER,

12                         DR. OSBACK, SANTA CLARA
                           COUNTY SHERIFF'S DEPARTMENT,

13                         SANTA CLARA COUNTY
                           DEPARTMENT OF CORRECTIONS,

14                         SHERIFF DEPUTY VANDEGRAAF,
                           SHERIFF DEPUTY HOWELL,

15                         SHERIFF DEPUTY ZUNIGA and
                         JANET LEASER

16

17   **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

18

19   Dated:   4/3/07

20                         RONALD M. WHYTE
                         United States District Court Judge

21

22

23

24

25

26

27

28   66647.wpd

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

Stipulation and xxxxxxxxxx Order to Exceed
Page Limitation in Motion for Summary
Judgment Moving and Opposition Papers      2      C05-05100 RMW