```
 1  JAMES MCMANIS (40958)
    COLLEEN DUFFY SMITH (161163)
 2  NEDA MANSOORIAN (207832)
    ELIZABETH PIPKIN (243611)
 3  DAVID PEREZ (238136)
    McMANIS FAULKNER & MORGAN
 4  A Professional Corporation
    50 West San Fernando Street, 10th Floor
 5  San Jose, California 95113
    Telephone:  408-279-8700
 6  Facsimile:  408-279-3244

 7  Attorneys for Plaintiff,                              *E-FILED - 8/20/07*
    MARTIN LUTHER OREN, by and through
 8  his Guardian ad Litem, Calvin S. Oren
```

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| MARTIN LUTHER OREN, by and through his Guardian ad Litem, Calvin S. Oren,<br><br>    Plaintiff,<br><br>vs.<br><br>COUNTY OF SANTA CLARA, SANTA CLARA VALLEY MEDICAL CENTER, DR. OSBACK, SANTA CLARA COUNTY SHERIFF'S DEPARTMENT, SANTA CLARA COUNTY DEPARTMENT OF CORRECTIONS, SHERIFF DEPUTY VANDEGRAAF, SHERIFF DEPUTY ZUNIGA, JANET LEASER, and DOES 1 through 39, inclusive,<br><br>    Defendants. | No. C 05-05100 RMW<br><br>STIPULATION AND [~~PROPOSED~~] ORDER REGARDING DEFENDANTS' BILL OF COSTS |

Defendants, County of Santa Clara, Santa Clara Valley Medical Center, Dr. Osback, Dr. Gee, Janet Leaser, Santa Clara County Sheriff's Department, Santa Clara County Department of Corrections, Sheriff Deputy Vandegraaf, Sheriff Deputy Zuniga, and Sheriff Deputy Howell (collectively, "Defendants") filed their Bill of Costs on June 20, 2007.

///
///
///
///

---

1
STIPULATION AND [~~PROPOSED~~] ORDER REGARDING DEFENDANTS' BILL OF COSTS
*Oren v. County of Santa Clara, et al.*, CASE NO. C 05-05100 RMW

Case 5:05-cv-05100-RMW    Document 247    Filed 08/20/07    Page 2 of 2

The parties, by and through their counsel, hereby stipulate that in lieu of the full amount requested by Defendants' Bill of Costs, Defendants agree to accept $3,500.00 from Plaintiff, Martin Luther Oren ("Plaintiff"), payable upon final resolution of this case.

This agreement is without prejudice to Defendants' remaining state-law claims and any future claim for costs as to those remaining claims.

DATED: July 5, 2007

McMANIS FAULKNER & MORGAN

_/s/ Elizabeth Pipkin_
ELIZABETH PIPKIN
Attorneys for Plaintiff

DATED: July 5, 2007

ANN MILLER RAVEL
County Counsel

_/s/ David Rollo_
DAVID ROLLO
Deputy County Counsel
Attorneys for Defendants

PURSUANT TO STIPULATION, IT IS ORDERED that Defendants' shall take $3,500.00 from Plaintiff in satisfaction of the Bill of Costs filed by Defendants on June 20, 2007, payable upon the final resolution of this case.

DATED: __8/20__, 2007

_Ronald M. Whyte_
HON. RONALD M. WHYTE